COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Tetra Technologies, Inc. v. David Alleman and Alleman Consulting, LLC

Appellate case number:    01-19-00049-CV

Trial court case number:  2018-66742

Trial court:              269th District Court of Harris County

On January 31, 2019, we abated this appeal and remanded the case to the trial court to allow that court to resolve remaining issues in the underlying case. Appellant has notified the Clerk of this Court that the trial court has signed a final judgment resolving the remaining issues. And, appellant has "filed an amended notice of appeal that included that Final Judgment and also filed amended requests for the clerk's and reporter's records." Accordingly, we **reinstate** the appeal on the Court's active docket.

The clerk's record and reporter's records are due to be filed in this appeal within 10 days of the date of this order. *See* TEX. R. APP. P. 28.1(a), 35.1(b), (c).

It is so ORDERED.

Judge's signature:  ____/s/ Justice Julie Countiss_____
                    ☒ Acting individually    ☐ Acting for the Court

Date:  _March 26, 2019_